UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER GROTHE, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br><br>3:14-CV-0930-G (BF) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and recommendation of United States Magistrate Judge Paul D. Stickney. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that plaintiff's motion for summary judgment (docket entry 21) is **GRANTED** and the final decision of the Commissioner is

**REVERSED** and **REMANDED** for further proceedings consistent with the magistrate judge's findings, conclusions and recommendation.

August 13, 2015.

_____
A. JOE FISH
**Senior United States District Judge**